IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PADDOCK INDUSTRIES, INC.**,

**Plaintiff,**

v.

**PINNACLE SYSTEMS, LLC, et al.,**

**Defendants.**                                           No. 11-0498-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that plaintiff has not filed the Federal Rule of Civil Procedure 7.1 disclosure. Thus, the Court **DIRECTS** plaintiff to file the disclosure on or before July 13, 2011.

**IT IS SO ORDERED.**

Signed this 29th day of June, 2011.

Digitally signed by
David R. Herndon
Date: 2011.06.29
16:03:45 -05'00'

**Chief Judge**
**United States District Court**