IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PADDOCK INDUSTRIES, INC.,

      **Plaintiff,**

VS.

PINNACLE SYSTEMS, LLC, etc., et al,

      **Defendants.**           NO. 11-CV-498-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 15, 2011, this case is **DISMISSED** with prejudice.

           NANCY J. ROSENSTENGEL,
           CLERK OF COURT

           BY:      */s/Sandy Pannier*
                   **Deputy Clerk**

Dated: February 1, 2012

        David R. Herndon
        2012.02.01
        16:36:21 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT